# First District Court of Appeal
## State of Florida

_____

No. 1D2024-1175

_____

James Wirth,

    Appellant,

v.

AppRiver, LLC, Michael I. Murdoch, and Robert J. Smith,

    Appellees.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

October 29, 2025

Per Curiam.

    Affirmed.

Lewis, Winokur, and Tanenbaum, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Brian W. Hoffman and Jack Pouchert of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC, Pensacola, for Appellant.

Kristen M. Fiore of Akerman LLP, Tallahassee, and Ashlea A. Edwards of Akerman, LLP, Jacksonville, for Appellees.